R. & R. MOTOR COMPANY, Inc., et al., Appellants, v. DEL RIO BANK & TRUST COMPANY, a Banking Corporation, Appellee.

No. 10618.

Court of Civil Appeals of Texas. San Antonio.

Nov. 15; 1939.

Rehearing Denied Dec. 30, 1939.

Ditzler H. Jones, of Uvalde, for appellants.

John L. Dodson, of Del Rio, for appellee.

PER CURIAM.

Affirmed without written opinion.